# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Rebecka Mae T., | Case No. 2:26-cv-00157-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| Commissioner of Social Security, | |
| Defendant(s). | |

Plaintiff resides in Washoe County. *See* Docket No. 1-2 at ¶ 1. Washoe County is within the unofficial northern division of this District, Local Rule IA 1-6, so this case should have been initiated in the unofficial northern division of this District, Local Rule IA 1-8(a). Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice.

IT IS SO ORDERED.

Dated: January 27, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1